IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY BREWER and
CHRISTIE DUTTON                                                                                    PLAINTIFFS

VS.                                            CASE NO. 15-CV-4075

COMET TRANSPORTATION, INC.                                                          DEFENDANT

## ORDER

    Before the Court is the parties' Joint Motion to Stay Case Pending Mediation. (ECF No. 10). The parties have agreed to stay all proceedings in this matter and attempt to mediate on or before December 1, 2015. Accordingly, the parties ask that a formal stay be entered.

    Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. This matter is hereby **STAYED** pending mediation. The parties must filed a status report with the Court on or before December 15, 2015.

    IT IS SO ORDERED, this 8th day of October, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge