IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY BREWER and
CHRISTIE DUTTON                                                                                      PLAINTIFFS

VS.                                         CASE NO. 15-CV-4075

COMET TRANSPORTATION, INC.                                                            DEFENDANT

## ORDER

    Before the Court is the parties' Joint Motion to Dismiss With Prejudice. (ECF No. 12). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

    IT IS SO ORDERED, this 6th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge